**BRIAN T. DUNN, ESQ. (SBN 176502)**
Email: bdunn@cochranfirm.com
**THE COCHRAN FIRM CALIFORNIA**
4929 Wilshire Boulevard, Suite 1010
Los Angeles, California 90010
Telephone: (323) 435-8205
Facsimile: (323) 282-5280

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

IRMA RODRIGUEZ, individually and as Successor in Interest to JESUS RODRIQUEZ, deceased,

          Plaintiff,

v.

COUNTY OF RIVERSIDE, a  municipal entity, and DOES 1 through 10, inclusive,

          Defendants.

**CASE NO.:**

**COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL**

1.   **Violations of Civil Rights (42 U.S.C. § 1983) (Based on Unreasonable Use of Deadly Force)**

2.   **Violations of Civil Rights (42 U.S.C. § 1983) (Based on Substantive Due Process Violations)**

3.   **Violations of Civil Rights (Cal. Civ. Code § 52.1)**

4.   **Wrongful Death (Based on Battery)**

5.   **Wrongful Death (Based on Negligence)**

THE COCHRAN FIRM – CALIFORNIA
4929 Wilshire Boulevard, Suite 1010, Los Angeles, CA 90010
(323) 435-8205 Telephone . (323) 282-5280 Facsimile

1

## JURISDICTION AND VENUE

1.     Jurisdiction is vested in this court under 28 U.S.C. § 1343(3)-(4) for violations of the 1871 Civil Rights Enforcement Act, as amended, including 42 U.S.C. § 1983 and 28 U.S.C. § 1331.

2.     Venue is proper in the Central District of California under 28 U.S.C. § 1391(a)-(b).

## PARTIES

3.     Plaintiff IRMA RODRIGUEZ is, and at all relevant times mentioned herein was, a resident of the County of Riverside and State of California. Plaintiff IRMA RODRIGUEZ is the surviving biological mother of decedent JESUS RODRIGUEZ, who lost his life on Sunday February 6, 2023 in the deputy involved shooting that forms the basis of the instant civil action.

4.     Defendant COUNTY OF RIVERSIDE ("COUNTY") is and at all relevant times mentioned herein was, a municipal entity or political subdivision of the United States, organized and existing under the laws of the State of California.

5.     Plaintiff is informed and believes, and there upon alleges, that Defendant DOE DEFENDANTS ("DOE DEFENDANTS") are, and at all relevant times mentioned herein were, residents of the County of Riverside and State of California. Further, at all times relevant to the acts and omissions herein alleged, Defendant DOE DEFENDANTS were sworn Sheriff's Department Deputies employed by the Defendant COUNTY and the Riverside Sheriff's Department.

6.     On or around August 2, 2023 a timely Claim for Damages was submitted to the County of Riverside, in substantial compliance with California Government Code § 910, et seq. on behalf of the plaintiff. At the time of the filing of this Complaint, said Claim has been denied.

7.     Plaintiff is unaware of the true names and capacities of those Defendants named herein as DOE DEFENDANTS. Plaintiff will amend this Complaint to allege

THE COCHRAN FIRM – CALIFORNIA
4929 Wilshire Boulevard, Suite 1010, Los Angeles, CA 90010
(323) 435-8205 Telephone . (323) 282-5280 Facsimile

2

said Defendants' true names and capacities when that information becomes known to them.

8.   Plaintiff is informed, believes, and thereon alleges that these DOE DEFENDANTS are legally responsible and liable for the incident, injuries, and damages hereinafter set forth, and that each of said Defendants proximately caused the injuries and damages by reason of negligent, careless, deliberately indifferent, intentional, willful, or wanton misconduct, including the negligent, careless, deliberately indifferent intentional, willful, or wanton misconduct in creating and otherwise causing the incidents, conditions, and circumstances hereinafter set forth, or by reason of direct or imputed negligence or vicarious fault or breach of duty arising out of the matter herein alleged. Plaintiff will seek leave to amend this Complaint to set forth said true names and identities of the unknown named DOE DEFENDANTS when they were ascertained.

9.   Each of the individual Defendants sued herein is sued both in his individual and personal capacity, as well as in his official capacity.

10.   Plaintiff is informed, believe, and thereon allege that at all times herein mentioned, each of the Defendants were an agent and/or employee and/or co-conspirator of each of the remaining Defendants, and in doing the things hereinafter alleged, was acting within the scope of such agency, employment, and/or conspiracy and with the permission and consent of other co-Defendants.

## FACTS COMMON TO ALL COUNTS

11.   This Complaint concerns a fatal deputy-involved shooting which occurred during the afternoon hours of Monday, February 6, 2023, at or around 25474 Filaree Avenue, in the city of Moreno Valley, County of Riverside, and State of California, when heretofore unknown Riverside Sheriff's Department Deputies ("DOE DEFENDANTS"), while acting under the color of law and in the course and scope of their employment with the County of Riverside and the Riverside County Sheriff's

THE COCHRAN FIRM – CALIFORNIA
4929 Wilshire Boulevard, Suite 1010, Los Angeles, CA 90010
(323) 435-8205 Telephone . (323) 282-5280 Facsimile

Department negligently assessed the circumstances presented to them, and then violently confronted JESUS RODRIGUEZ  ("MR. RODRIGUEZ") without having probable cause or reasonable suspicion to believe that Mr. Rodriguez had committed a crime, or would commit a crime in the future.

12.     During the course of the detention of Plaintiff's decedent, MR. RODRIGUEZ, DOE DEFENDANTS negligently assessed the circumstances presented to them, and violently confronted MR. RODRIGUEZ. Without warning as to the impending use of lethal force, DOE DEFENDANTS proceeded to assault and batter MR. RODRIGUEZ by acts which included, but were not limited to, repeatedly and unjustifiably discharging a department-issued firearm at the person of MR. RODRIGUEZ, inflicting multiple gunshot wounds to his person. At no time during the course of these events did MR. RODRIGUEZ pose any reasonable or credible threat of violence to the responding deputies, nor did he do anything to justify the force used against him, and the same was deadly, excessive, unnecessary, and unlawful. MR. RODRIGUEZ suffered severe injuries as a direct and proximate result of the gunshot wounds inflicted upon his person by DOE DEFENDANTS, which, after an appreciable period of time passed following the shooting, proved to be fatal.

13.     Upon information and belief, Plaintiff further contends that DOE DEFENDANTS were negligently hired, trained, and retained by the County of Riverside and the Riverside County Sheriff's Department, in that it was or should have been plainly obvious to the County of Riverside and the Riverside Sheriff's  Department that DOE DEFENDANTS were dangerous and violent employees, prone to discharge his firearm without reasonable justification, and in a manner that demonstrates callous disregard for the rights and safety of third parties, and to assault and batter, persons and/or use unnecessary, unreasonable, deadly, and/or unlawful physical force without reasonable justification, all of which was a further proximate cause of the injuries sustained by MR. RODRIGUEZ as a result of the subject deputy-involved shooting incident. Plaintiff further contends that the death of Plaintiff's decedent and the injuries

THE COCHRAN FIRM – CALIFORNIA
4929 Wilshire Boulevard, Suite 1010, Los Angeles, CA 90010
(323) 435-8205 Telephone . (323) 282-5280 Facsimile

4

suffered by Plaintiff's decedent and Plaintiff were the proximate result of unconstitutional policies and customs of the County of Riverside and the Riverside County Sheriff's Department, which include, but are not limited to, unjustifiably using excessive force, unjustifiably using deadly force against non-dangerous civilians and suspects, inadequately training and supervising patrol deputies with respect to the reasonable and proper use of deadly force, inadequately training and supervising patrol deputies with respect to the reasonable and proper Sheriff procedures for the arrest and detention of mentally ill suspects, as well as the deliberate and conscious approval, endorsement, and ratification of unconstitutional seizures, unconstitutional uses of deadly force, and other unconstitutional acts by authorized final policymakers within the County of Riverside and the Riverside County Sheriff's Department.

## FOR THE FIRST CAUSE OF ACTION
### (Survival Action Against DOE DEFENDANTS For Violations of Civil Rights)
### [42 U.S.C. §1983]
### (Based on Unreasonable Use of Deadly Force)

14.     Plaintiff restates and incorporates by reference the foregoing paragraphs of this Complaint as if set forth in full at this point.

15.     This cause of action is in part brought on behalf of decedent JESUS RODRIGUEZ, by and through his Successors in Interest, who would, but for his death, be entitled to bring this cause of action, and is set forth herein to redress the deprivation, under color of statute, ordinance, regulation, policy, custom, practice, and/or usage, of rights, privileges, and/or immunities secured to JESUS RODRIGUEZ by the Fourth Amendment to the Constitution of the United States, which include, but are not limited to, the right to be free from unreasonable governmental seizures of his person.

16.     Plaintiff is informed, believes, and thereon alleges that at all times mentioned herein, Defendant COUNTY employed the individual Defendants named herein, including DOE DEFENDANTS. Defendant COUNTY provided its individual

THE COCHRAN FIRM – CALIFORNIA
4929 Wilshire Boulevard, Suite 1010, Los Angeles, CA 90010
(323) 435-8205 Telephone . (323) 282-5280 Facsimile

employees and agents with official badges and identification cards which designated ad described the bearers as employees of the Defendant COUNTY and the Riverside County Sheriff's Department.

17.    At all times relevant to the acts and omissions herein alleged, all individual defendant deputies were employed by the Defendant COUNTY and the Riverside County Sheriff's Department, and were acting under color of state law and in the course and scope of their employment with Defendant COUNTY and the Riverside County Sheriff's Department.

18.    During the afternoon hours of  Monday February 6, 2023, Plaintiff's decedent, JESUS RODRIGUEZ, a mentally ill man, was approached at or around the 25474 Filaree Avenue, in the city of Moreno Valley, in the County of Riverside, after which Defendant DOE DEFENDANTS, while acting under color of state law and in the course and scope of their employment with the Defendant COUNTY and the Riverside County Sheriff's Department, negligently assessed the circumstances presented to them, and then violently confronted Plaintiff's decedent, JESUS RODRIGUEZ, without having probable cause or reasonable suspicion to believe that JESUS RODRIGUEZ had committed a crime, or would commit a crime in the future.

19.    Without warning as the impending use of lethal force, DOE DEFENDANTS proceeded to assault and batter JESUS RODRIGUEZ by acts which included, but were not limited to repeatedly and unjustifiably discharging a department-issued firearm at the person of JESUS RODRIGUEZ in a manner that demonstrated deliberate indifference to his constitutional rights. After a significant and appreciable period of time had passed following the shooting, JESUS RODRIGUEZ died as a direct and proximate result of the gunshot wounds inflicted upon his person by Defendant DOE DEFENDANTS.

20.    At no time during the course of these events did JESUS RODRIGUEZ pose any reasonable or credible threat of death or serious bodily injury to DOE DEFENDANTS, nor did they do anything to justify the force used against him, and the

THE COCHRAN FIRM – CALIFORNIA
4929 Wilshire Boulevard, Suite 1010, Los Angeles, CA 90010
(323) 435-8205 Telephone . (323) 282-5280 Facsimile

same was deadly, excessive, unnecessary, and unlawful. Both prior to and during the time in which he was fatally shot, JESUS RODRIGUEZ posed no reasonable or credible threat of death or serious bodily injury to DOE DEFENDANTS, nor to any other individual. Both prior to and during the time in which he was shot dead, JESUS RODRIGUEZ made no aggressive movements, furtive gestures, or physical movements which would suggest to a reasonable peace officer that he had the will, or the ability, to inflict substantial bodily harm upon any individual. Both prior to and during the time in which DOE DEFENDANTS shot and killed JESUS RODRIGUEZ, DOE DEFENDANTS were not faced with any circumstances which would have led a reasonable peace officer to believe that JESUS RODRIGUEZ posed an immediate threat of death or serious bodily injury to any person.

21.    At all times mentioned herein, DOE DEFENDANTS acted under color and pretense of law, and under color of the statutes, ordinances, regulations, policies, practices, customs, and/or usages of the State of California and the Defendant COUNTY. DOE DEFENDANTS deprived JESUS RODRIGUEZ of the rights, privileges and/or immunities secured to him by the Fourth Amendment to the Constitution of the United States and the laws of the United States, including, but not limited to, the right to be free from unreasonable governmental seizures of his person.

22.    JESUS RODRIGUEZ had the right to be free from unreasonable governmental seizures of his person, a right which was secured to JESUS RODRIGUEZ, by the provisions of the Fourth Amendment to the United States Constitution, and by 42 U.S.C. §1983. All of these interests were implicated by the wrongful conduct of DOE DEFENDANTS, which proximately caused the death of JESUS RODRIGUEZ.

23.    Plaintiff is informed, believes, and thereon alleges that in unreasonably seizing the person of JESUS RODRIGUEZ, as described in the foregoing paragraphs of this Complaint, DOE DEFENDANTS acted outside the scope of his jurisdiction and without authorization of law, and acted willfully, maliciously, knowingly, with reckless

THE COCHRAN FIRM – CALIFORNIA
4929 Wilshire Boulevard, Suite 1010, Los Angeles, CA 90010
(323) 435-8205 Telephone . (323) 282-5280 Facsimile

disregard and callous indifference to the known consequences of his acts and omissions, and purposefully with the intent to deprive JESUS RODRIGUEZ of his federally protected rights and privileges, and did in fact violate the aforementioned rights and privileges, thereby warranting punitive and exemplary damages against DOE DEFENDANTS in an amount to be proven at the trial of this matter.

24.     As a direct and proximate result of the wrongful, intentional, and malicious acts and omissions of DOE DEFENDANTS, JESUS RODRIGUEZ was shot and killed on February 6, 2023, and suffered great mental and physical pain, suffering, anguish, fright, nervousness, anxiety, grief, shock, humiliation, indignity, embarrassment, apprehension, and loss of enjoyment of life prior to his death, all to his damage in a sum to be determined at trial.

25.     As a further proximate result of the wrongful, intentional, and malicious acts and omissions of DOE DEFENDANTS, on JESUS RODRIGUEZ, were required to employ, health care providers and/or medical practitioners to examine, treat, and care for him, and incurred expenses for emergent medical services and medical treatment and care prior to his death in an amount according to proof at trial.

26.     Plaintiff is entitled to and hereby demands costs, attorneys' fees, and expenses pursuant to 42 U.S.C. § 1988. For such other and further relief as the Court deems just and proper.

## FOR THE SECOND CAUSE OF ACTION
### (Against DOE DEFENDANTS For Violations of Civil Rights)
### [42 U.S.C. §1983]
### (Based on Substantive Due Process Violations)

27.     Plaintiff restates and incorporates by reference the foregoing paragraphs of this Complaint as if set forth in full at this point.

28.     This cause of action is to redress rights secured to IRMA RODRIGUEZ, as well as decedent JESUS RODRIGUEZ, through the Fourteenth Amendment to United

THE COCHRAN FIRM – CALIFORNIA
4929 Wilshire Boulevard, Suite 1010, Los Angeles, CA 90010
(323) 435-8205 Telephone . (323) 282-5280 Facsimile

States Constitution, and the provisions therein protecting citizens' constitutional rights to be free from invasions of privacy and from unwarranted governmental deprivations into their rights of association with their family members.

29.     In shooting and killing Plaintiff's decedent, as described herein, DOE DEFENDANTS acted in a manner unrelated to any legitimate law enforcement objective, and the manner in which DOE DEFENDANTS shot and killed JESUS RODRIGUEZ, when he posed no reasonable threat of violence, would be considered to shock the conscience, considering the gratuitous and unnecessary amount of deadly force employed by DOE DEFENDANTS.  Moreover, the circumstances faced by DOE DEFENDANTS allowed ample time for DOE DEFENDANTS to deliberate as to the propriety of this deputy's actions prior to using deadly force, and before making the conscious decision to continue to use deadly force, which was not a snap judgment. Notwithstanding this, DOE DEFENDANTS nevertheless made the deliberate decision to fire, and continue to fire, multiple rounds at MR. RODRIGUEZ in an unlawful manner as described herein.

30.     Plaintiff is informed, believes, and thereon alleges that in unreasonably seizing the person of JESUS RODRIGUEZ, as described in the foregoing paragraphs of this Complaint, DOE DEFENDANTS acted outside the scope of their jurisdiction and without authorization of law, and acted willfully, maliciously, knowingly, with reckless disregard and callous indifference to the known consequences of his acts and omissions, and purposefully with the intent to deprive JESUS RODRIGUEZ of his federally protected rights and privileges, and did in fact violate the aforementioned rights and privileges, thereby warranting punitive and exemplary damages against DOE DEFENDANTS in an amount to be proven at the trial of this matter.

31.     As a direct and proximate result of the wrongful, intentional, and malicious acts and omissions of DOE DEFENDANTS, JESUS RODRIGUEZ was shot and killed on February 6, 2023, and suffered great mental and physical pain, suffering, anguish, fright, nervousness, anxiety, grief, shock, humiliation, indignity, embarrassment,

THE COCHRAN FIRM – CALIFORNIA
4929 Wilshire Boulevard, Suite 1010, Los Angeles, CA 90010
(323) 435-8205 Telephone . (323) 282-5280 Facsimile

apprehension, and loss of enjoyment of life prior to his death, and loss of the value of his life, all to his damage in a sum to be determined at trial.

32.     As a further proximate result of the wrongful, intentional, and malicious acts and omissions of DOE DEFENDANTS on JESUS RODRIGUEZ, Plaintiffs were required to employ, health care providers and/or medical practitioners to examine, treat, and care for him, and incurred expenses for emergent medical services and medical treatment and care prior to his death in an amount according to proof at trial.

33.     Plaintiff is entitled to and hereby demands costs, attorneys' fees, and expenses pursuant to 42 U.S.C. § 1988. For such other and further relief as the Court deems just and proper.

**FOR THE THIRD CAUSE OF ACTION**
**(Against DOE DEFENDANTS For Violations of Civil Rights)**
**[Cal Civ. Code Section 52.1]**
**(Based on Civil Rights Violations)**

34.     Plaintiff restates and incorporates by reference the foregoing paragraphs of this Complaint as if set forth in full at this point.

35.     This cause of action is to redress rights afforded to JESUS RODRIGUEZ under Cal Civ. Code Section 52.1 who suffered constitutional deprivations associated with the deputy involved shooting discussed in the foregoing paragraphs of this Complaint.

36.     As described in the foregoing paragraphs of this Complaint, in detaining MR. RODRIGUEZ in an unreasonable manner, and later inflicting deadly force on multiple occasions, when the repeated instances of which were unnecessary and unjustified, DOE DEFENDANTS used excessive force on multiple occasions, independent of the coercion inherent in the detention as well as in the uses of deadly force which occurred after DOE DEFENDANTS used lethal force against JESUS RODRIGUEZ.

THE COCHRAN FIRM – CALIFORNIA
4929 Wilshire Boulevard, Suite 1010, Los Angeles, CA 90010
(323) 435-8205 Telephone . (323) 282-5280 Facsimile

37.     As a direct and proximate result of the wrongful, intentional, and malicious acts and omissions of DOE DEFENDANTS, JESUS RODRIGUEZ was shot and killed on February 6, 2023, and suffered great mental and physical pain, suffering, anguish, fright, nervousness, anxiety, grief, shock, humiliation, indignity, embarrassment, apprehension, and loss of enjoyment of life prior to his death, all to his damage in a sum to be determined at trial.

38.     As a further proximate result of the wrongful, intentional, and malicious acts and omissions of DOE DEFENDANTS on JESUS RODRIGUEZ, Plaintiffs were required to employ, health care providers and/or medical practitioners to examine, treat, and care for him, and incurred expenses for emergent medical services and medical treatment and care prior to his death in an amount according to proof at trial.

39.     Plaintiff is entitled to and hereby demands costs, attorneys' fees, and expenses pursuant to Cal. Civ. Code Section  57.1, et seq.

### FOR THE FOURTH CAUSE OF ACTION
**(Against all Defendants for Wrongful Death)**
**[Cal. Government Code §§ 815.2(a), 820(a)]**
**(Based on Battery)**

40.     Plaintiff restates and incorporates by reference the foregoing paragraphs of this Complaint as if set forth in full at this point.

41.     All claims asserted herein against the Defendant COUNTY are presented pursuant to the Defendant COUNTY'S vicarious liability for acts and omissions of municipal employees undertaken in the course and scope of their employment pursuant to California Government Code §§ 815.2(a) and 820(a).

42.     During the subject incident, Plaintiff's decedent, JESUS RODRIGUEZ, was approached by DOE DEFENDANTS at or around 25474 Filaree Avenue, in the city of Moreno Valley, in the County of Riverside, when DOE DEFENDANTS, while acting under color of law and in the course and scope of their employment with the Defendant COUNTY and the Riverside Sheriff 's Department, negligently addressed the

THE COCHRAN FIRM – CALIFORNIA
4929 Wilshire Boulevard, Suite 1010, Los Angeles, CA 90010
(323) 435-8205 Telephone . (323) 282-5280 Facsimile

circumstances presented to them, and then violently confronted JESUS RODRIGUEZ, without having probable cause or reasonable suspicion to believe that JESUS RODRIGUEZ had committed a crime, or would commit a crime in the future. Without warning, DOE DEFENDANTS proceeded to assault and batter JESUS RODRIGUEZ by acts which included, but were not limited to repeatedly and unjustifiably discharging a department-issued firearm at the person of JESUS RODRIGUEZ, inflicting gunshot wounds, which proved to be fatal.

43.    As a direct and proximate result of the above-mentioned conduct of DOE DEFENDANTS, JESUS RODRIGUEZ was shot on February 6, 2023. After surviving for an appreciable period of time following the shooting, JESUS RODRIGUEZ died as a direct and proximate result of the gunshot wounds inflicted upon his person by DOE DEFENDANTS.

44.    At no time during the course of these events did JESUS RODRIGUEZ pose any immediate threat of death or serious bodily injury to DOE DEFENDANTS, nor did he do anything to justify the force used against him, and the same was deadly, excessive, unnecessary, and unlawful. Both prior to and during the time in which he shot dead, JESUS RODRIGUEZ made no aggressive movements, furtive gestures, or physical movements which would suggest to a reasonable peace officer that he had the will, or the ability, to inflict substantial bodily harm upon any individual. Both prior to and during the time in which DOE DEFENDANTS shot and killed JESUS RODRIGUEZ, DOE DEFENDANTS were not faced with any circumstances which would have lead a reasonable Sheriff's Deputy to believe that JESUS RODRIGUEZ posed and immediate threat of death or serious bodily injury to any person.

45.    Plaintiff is informed, believe, and thereon allege that in shooting JESUS RODRIGUEZ, as described in the foregoing paragraphs of this Complaint, DOE DEFENDANTS acted outside the scope of their jurisdictions and without authorization of law, and acted willfully, maliciously, knowingly, with reckless disregard and callous indifference to the known consequences of his acts and omissions, and purposefully

with the intent to deprive JESUS RODRIGUEZ of his protected rights and privileges, and did in fact violate the aforementioned rights and privileges, thereby warranting punitive damages against DOE DEFENDANTS in an amount to be proven at the trial of this matter.

46.    As a direct and proximate result of the above-described conduct of DOE DEFENDANTS, and the ensuing death of JESUS RODRIGUEZ, Plaintiff herein, has sustained substantial economic and non-economic damages resulting from the loss of the love, companionship, comfort, care, assistance, protection, affection, society, moral support, training, guidance, services, earnings, and financial support of JESUS RODRIGUEZ in an amount according to proof at trial.

47.    As a further proximate result of the above-described conduct of DOE DEFENDANTS, and the ensuing death of JESUS RODRIGUEZ, Plaintiff has incurred funeral and burial expenses in an amount according to proof at trial.

### FOR THE FIFTH CAUSE OF ACTION
**By THE PLAINTIFF**
**Against all Defendants for Wrongful Death**
**[Cal. Government Code §§ 815.2(a), 820(a)]**
**(Based on Negligence)**

48.    Plaintiff restates and incorporates by reference the foregoing paragraphs of this Complaint as if set forth in full at this point.

49.    All claims asserted herein against the Defendant COUNTY are presented pursuant to the Defendant COUNTY'S vicarious liability for acts and omissions of municipal employees undertaken in the course and scope of their employment pursuant to California Government Code §§ 815.2(a) and 820(a).

50.    During the afternoon hours of Monday, February 6, 2023, Plaintiff's decedent JESUS RODRIGUEZ, was approached by DOE DEFENDANTS at or around 25474 Filaree Avenue, in the city of Moreno Valley, County of Riverside in the County of Riverside, when DOE DEFENDANTS, while acting under color of state law and in

THE COCHRAN FIRM – CALIFORNIA
4929 Wilshire Boulevard, Suite 1010, Los Angeles, CA 90010
(323) 435-8205 Telephone . (323) 282-5280 Facsimile

the course and scope of their employment with the Defendant COUNTY and the Riverside Sheriff's Department, negligently assessed the circumstances presented to them, and then violently confronted Plaintiff's decedent, JESUS RODRIGUEZ, without having probable cause or reasonable suspicion to believe that JESUS RODRIGUEZ had committed a crime, or would commit a crime in the future. Without warning, DOE DEFENDANTS proceeded to negligently discharge their department-issued firearms at the person of JESUS RODRIGUEZ, inflicting multiple gunshot wounds, which proved to be fatal. After a significant and appreciable period of time had passed following the shooting, JESUS RODRIGUEZ died as a direct and proximate result of the gunshot wounds negligently inflicted upon his person by DOE DEFENDANTS.

51.     At no time during the course of these events did JESUS RODRIGUEZ pose any immediate threat of death or serious bodily injury to DOE DEFENDANTS, nor did he do anything to justify the force used against him, and the same was deadly, excessive, unnecessary, and unlawful. Both prior to and during the time in which he was fatally shot, JESUS RODRIGUEZ was not armed with any kind of weapon, and posed no immediate threat of death or serious bodily injury to DOE DEFENDANTS, nor to any other individual. Both prior to and during the time in which he was shot dead, JESUS RODRIGUEZ made no aggressive movements, furtive gestures, or physical movements which would suggest to a reasonable peace officer that he ad the will, or the ability, to inflict substantial bodily harm upon any individual. Both prior to and during the time, in which DOE DEFENDANTS shot and killed JESUS RODRIGUEZ, DOE DEFENDANTS, were not faced with any circumstances which would have lead a reasonable peace officer to believe that JESUS RODRIGUEZ posed an immediate threat of death or serious bodily injury to any person.

52.     Plaintiff is informed, believes, and thereon alleges that on and before

14

February 6, 2023, 2023, DOE DEFENDANTS had a duty to exercise the reasonable and ordinary care which would be expected of similarly situated peace deputies in the use of deadly force, and a duty to exercise the reasonable and ordinary care which would be expected of similarly situated peace deputies in the execution of tactics and procedures in approaching and/or detaining or arresting civilians and suspects who do not pose an immediate threat of death or serious bodily harm to any person. Notwithstanding each of these duties, upon information and belief DOE DEFENDANTS failed to exercise reasonable and ordinary care in committing the acts alleged herein, by actions and inactions which include, but are not limited to, negligently failing to utilize additional departmental resources during the incident involving JESUS RODRIGUEZ, negligently failing to utilize available forms of cover during the incident involving JESUS RODRIGUEZ, negligently failing to maintain a position of tactical advantage during the incident involving JESUS RODRIGUEZ, negligently failing to communicate and/or effectively communicate with JESUS RODRIGUEZ, and with other departmental personnel and resources, during the incident involving JESUS RODRIGUEZ, negligently failing to utilize and/or appropriately utilize less lethal force options and other alternatives less intrusive than deadly force during the incident involving JESUS RODRIGUEZ, negligently failing to deescalate the situation involving JESUS RODRIGUEZ, negligently employing a tactical response to the situation involving JESUS RODRIGUEZ that resulted in the unnecessary and preventable shooting of JESUS RODRIGUEZ, negligently failing to determine the fact that JESUS RODRIGUEZ posed no immediate threat of death or serious bodily injury to any person when he was shot and killed, negligently inflicting physical injury upon JESUS RODRIGUEZ, as described herein, and negligently employing deadly force against JESUS RODRIGUEZ when the same was unnecessary and unlawful. All of these negligent acts proximately cause JESUS RODRIGUEZ'S death on February 6, 2023.

THE COCHRAN FIRM – CALIFORNIA
4929 Wilshire Boulevard, Suite 1010, Los Angeles, CA 90010
(323) 435-8205 Telephone . (323) 282-5280 Facsimile

53.    As a proximate result of the above-described conduct of the Defendants, and each of them, JESUS RODRIGUEZ was shot and killed on February 6, 2023.

54.    As a direct and proximate result of the above-described conduct of the Defendants and the ensuing death of  JESUS RODRIGUEZ, Plaintiff's decedent herein, Plaintiff has sustained substantial damages resulting from the loss of the love, companionship, comfort, care, assistance, protection affection, society, moral support, training, guidance, services, earnings, and financial support of JESUS RODRIGUEZ in an amount according to proof at trial, and have incurred substantial funeral and burial expenses.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays for judgment against Defendants as follows:

1.    For funeral and burial related expenses according to proof at trial;

2.    For compensatory damages, including wrongful death damages and surviving damages, in an amount according to proof at trial;

3.    For costs of suit incurred herein;

4.    For attorneys' fees incurred herein, as provided by law;

5.    For punitive damages against the individual Defendants in their individual capacities in an amount according to proof at trial; and

6.    For such other and further relief as the Court deems just and proper.

(Jury Demand next page)

THE COCHRAN FIRM – CALIFORNIA
4929 Wilshire Boulevard, Suite 1010, Los Angeles, CA 90010
(323) 435-8205 Telephone . (323) 282-5280 Facsimile

## **JURY DEMAND**

Plaintiff hereby demands that a jury be impaneled for the trial of this matter.


DATED: 1/24/2024                    Respectfully submitted,

                                     **THE COCHRAN FIRM CALIFORNIA**


By: */s/ Brian T. Dunn*
                  BRIAN T. DUNN
                  Attorneys for Plaintiff

THE COCHRAN FIRM – CALIFORNIA
4929 Wilshire Boulevard, Suite 1010, Los Angeles, CA 90010
(323) 435-8205 Telephone . (323) 282-5280 Facsimile

17

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

THE COCHRAN FIRM – CALIFORNIA
4929 Wilshire Boulevard, Suite 1010, Los Angeles, CA 90010
(323) 435-8205 Telephone . (323) 282-5280 Facsimile

# ATTACHMENTS

**Declaration of Irma Rodriquez**

1.      The decedent's name who is the subject of this action is JESUS RODRIGUEZ.

2.      On February 6, 2023, SAMUEL ARREDONDO lost his life at or around 25474 Filaree Avenue, , in the City of Moreno Valley, County of San Bernardino.

3.      No proceeding is now pending in California for the administration of the decedent's estate.

4.      I am the decedent's successor in interest (as defined in Section 377.11 of the California Code of Civil Procedure) with respect to the decedent's interest in the instant wrongful death action.

5.      No other person has a superior right to commence the action or proceeding or to be substituted for the decedent in the pending action.


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Irma Rodriquez
Declarant

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF RIVERSIDE
### RIVERSIDE, CALIFORNIA

| 3052023051907 | CERTIFICATE OF DEATH | 3202333003336 |
|---|---|---|
| STATE FILE NUMBER | DATE OF CALIFORNIA / USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS / VS-11 (REV 3/08) | LOCAL REGISTRATION NUMBER |

**DECEDENT'S PERSONAL DATA**

| 1. NAME OF DECEDENT—FIRST (Given) JESUS | 2. MIDDLE ANTONIO | 3. LAST (Family) RODRIGUEZ | | |
|---|---|---|---|---|
| AKA, ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST) | | | | |
| 4. DATE OF BIRTH mm/dd/ccyy 12/14/1989 | 5. AGE Yrs. 33 | IF UNDER ONE YEAR Months Days | IF UNDER 24 HOURS Hours Minutes | 6. SEX M |
| 7. BIRTH STATE/FOREIGN COUNTRY CA | 10. SOCIAL SECURITY NUMBER 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 | 11. EVER IN U.S. ARMED FORCES? YES [X] NO UNK | 12. MARITAL STATUS/SRDP* (at Time of Death) NEVER MARRIED | 7. DATE OF DEATH mm/dd/ccyy 02/06/2023 | 8. HOUR (24 Hours) 1318 |
| 13. EDUCATION – Level (see worksheet on back) 10 | 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH?, If yes, see worksheet on back) [X] YES MEXICAN AMERICAN NO | 16. DECEDENT'S RACE – Up to 3 races may be listed (see worksheet on back) HISPANIC | | |
| 17. USUAL OCCUPATION – Type of work for most of life. DO NOT USE RETIRED. NEVER WORKED | 18. KIND OF BUSINESS OR INDUSTRY (e.g., grocery store, road construction, employment agency, etc.) | 19. YEARS IN OCCUPATION | | |

**USUAL RESIDENCE**

| 20. DECEDENT'S RESIDENCE (Street and number, or location) 25474 FILAREE AVENUE | | | | |
|---|---|---|---|---|
| 21. CITY MORENO VALLEY | 22. COUNTY/PROVINCE RIVERSIDE | 23. ZIP CODE 92551 | 24. YEARS IN COUNTY 14 | 25. STATE/FOREIGN COUNTRY CA |

**INFORMANT**

| 26. INFORMANT'S NAME, RELATIONSHIP IRMA C RODRIGUEZ, MOTHER | 27. INFORMANT'S MAILING ADDRESS (Street and number, or rural route number, city or town, state and zip) 25474 FILAREE AVENUE, MORENO VALLEY, CA 92551 |
|---|---|

**SPOUSE/SRDP AND PARENT INFORMATION**

| 28. NAME OF SURVIVING SPOUSE/SRDP—FIRST - | 29. MIDDLE - | 30. LAST (BIRTH NAME) - |
|---|---|---|
| 31. NAME OF FATHER/PARENT–FIRST RUBEN | 32. MIDDLE - | 33. LAST RODRIGUEZ | 34. BIRTH STATE JAL, MX |
| 35. NAME OF MOTHER/PARENT–FIRST IRMA | 36. MIDDLE - | 37. LAST (BIRTH NAME) CUEVAS | 38. BIRTH STATE BC, MX |

**FUNERAL DIRECTOR / LOCAL REGISTRAR**

| 39. DISPOSITION DATE mm/dd/ccyy 03/10/2023 | 40. PLACE OF FINAL DISPOSITION RESIDENCE OF IRMA C RODRIGUEZ 25474 FILAREE AVENUE, MORENO VALLEY, CA 92551 | | |
|---|---|---|---|
| 41. TYPE OF DISPOSITION(S) CREMATE/RESIDENCE | 42. SIGNATURE OF EMBALMER ▶ JAMES LESLIE SHERMAN | | 43. LICENSE NUMBER EMB7275 |
| 44. NAME OF FUNERAL ESTABLISHMENT MILLER-JONES MORTUARY & CREMATORY | 45. LICENSE NUMBER FD1540 | 46. SIGNATURE OF LOCAL REGISTRAR ▶ GEOFFREY LEUNG, M.D., ED. M. | 47. DATE mm/dd/ccyy 03/10/2023 |

**PLACE OF DEATH**

| 101. PLACE OF DEATH RESIDENCE | 102. IF HOSPITAL, SPECIFY ONE IP ER/OP DOA | 102. IF OTHER THAN HOSPITAL, SPECIFY ONE Hospice Nursing Home/LTC [X] Decedent's Home Other | |
|---|---|---|---|
| 104. COUNTY RIVERSIDE | 105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number, or location) 25474 FILAREE AVENUE | 106. CITY MORENO VALLEY | |

**CAUSE OF DEATH**

| 107. CAUSE OF DEATH | Enter the chain of events — diseases, injuries, or complications — that directly caused death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. | Time Interval Between Onset and Death | 108. DEATH REPORTED TO CORONER? [X] YES NO |
|---|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) (A) PENDING | | | 2023-01123 |
| Sequentially, list conditions, if any, leading to cause on Line A. Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST (B) | | (B?) | 109. BIOPSY PERFORMED? YES [X] NO |
| (C) | | (C?) | 110. AUTOPSY PERFORMED? [X] YES NO |
| (D) | | (D?) | 111. USED IN DETERMINING CAUSE? [X] YES NO |
| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 NO | | | |
| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? (If yes, list type of operation and date.) NO | | 113A. DECEDENT PREGNANT IN LAST YEAR? YES [X] NO UNK | |

**PHYSICIAN'S CERTIFICATION**

| 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. Decedent Attended Since ___ Decedent Last Seen Alive ___ mm/dd/ccyy | 115. SIGNATURE AND TITLE OF CERTIFIER ▶ | 116. LICENSE NUMBER | 117. DATE mm/dd/ccyy |
|---|---|---|---|
| | 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE | | |

**CORONER'S USE ONLY**

| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. MANNER OF DEATH Natural Accident Homicide Suicide [X] Pending Investigation Could not be determined | 120. INJURED AT WORK? YES NO UNK | 121. INJURY DATE mm/dd/ccyy | 122. HOUR (24 Hours) |
|---|---|---|---|
| 123. PLACE OF INJURY (e.g. home, construction site, wooded area, etc.) | | | |
| 124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury) | | | |
| 125. LOCATION OF INJURY (Street and number, or location, and city, and zip) | | | |
| 126. SIGNATURE OF CORONER / DEPUTY CORONER ROSIE ROMERO | 127. DATE mm/dd/ccyy 03/02/2023 | 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER ROSIE ROMERO, DEP CORONER | |

| STATE REGISTRAR | A | B | C | D | E | FAX AUTH.# | CENSUS TRACT |
|---|---|---|---|---|---|---|---|

### CERTIFIED COPY OF VITAL RECORD

STATE OF CALIFORNIA
COUNTY OF RIVERSIDE } SS

This is a true and exact reproduction of the document officially registered and placed on file by the Riverside University Health System, Department of Public Health.

*002227920*

DATE ISSUED Jul 25, 2023   1/3

Dr. Geoffrey Leung, M.D. – Ex-M., County Health Officer
RIVERSIDE COUNTY, CALIFORNIA

This copy is not valid unless prepared on an engraved border, displaying the date, seal, and signature of the Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

REGISTRAR OF VITAL RECORDS
COUNTY OF RIVERSIDE
MAY 9, 1893