JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| IRMA RODRIGUEZ, individually and as Successor in Interest to JESUS RODRIGUEZ, deceased,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF RIVERSIDE, a municipal entity, KEVIN DIXON and DOES 1 through 9, inclusive,<br><br>　　　　Defendants. | Case No. 5:24-cv-00165-KK-SP<br><br>**ORDER DISMISSING CASE** |

　　Pursuant to the Stipulation To Dismiss The Case filed by Plaintiff IRMA RODRIGUEZ (hereinafter "Plaintiff") and Defendants COUNTY OF RIVERSIDE and KEVIN DIXON (hereinafter "Defendants"), and pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that:

　　1.　　Plaintiff's First Claim for Relief and the Second Claim for Relief in the First Amended Complaint, which are brought pursuant to 42 U.S.C. § 1983, are dismissed **with** prejudice.

　　3.　　All claims not identified in paragraph 1 above are dismissed **without** prejudice. These specific claims include the Third Claim for Relief (Civil Code

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

4874-4762-1874 v2                                1

section 52.1), the Fourth Claim for Relief (Wrongful Death Based on Battery), and the Fifth Claim for Relief (Wrongful Death Based on Negligence) against Defendants COUNTY OF RIVERSIDE and KEVIN DIXON.

4. Plaintiff and Defendants are to bear their own attorney's fees and costs in this action.

5. Plaintiff shall have thirty (30) days from the entry of this Order to file an action in the Riverside Superior Court.

IT IS SO ORDERED.

Dated: October 30, 2024

_____
Honorable Kenly Kiya Kato
United States District Judge